(No. 6816

MASON-BARRON LABORATORIES, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed November 21, 1972.*

MASON-BARRON LABORATORIES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6839

THOMAS P. WHITE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed November 21, 1972.*

THOMAS P. WHITE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.